U. S. DISTRICT COURT
Eastern District of Louisiana

FILED AUG 1 6 2005

LORETTA G. WHYTE
Clerk

United States District Court
Eastern District of Louisiana

| | |
|---|---|
| United States of America | : Criminal Docket |
| Versus | : No. 00-316 |
| Evaristus B. Mackey, Jr. | : Section: "F" (2) |

## Notice Of Appeal To The Fifth Circuit Court Of Appeals From Order And Reasons Of The District Court

Notice is hereby given that Evaristus B. Mackey Jr., defendant herein, hereby Appeals to the United States Court of Appeals from the Order and Reasons of the United States District Court, Honorable Martin L.C. Feldman, United States District Judge. According to Rule 4(b) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court.

Whereby, this notice of appeal is timely filed and hereby notices the court of Mr. Mackey's desire to appeal to the Fifth Circuit Court of Appeals

Respectfully Submitted this 9th day of August 2005.

Fee __not paid__
Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____

Sincerely,

E_____

August 9, 2005

Clerk of Court
Eastern Dist. LA

Evaristus Mackey
26836-034
USP
P.O. Box 1000
Lewisburg PA 17837

Re: Notice of address change

Dear Sir / Madam,

Please allow this letter to be filed as Notice of defendant address change in case no. 00-316 Sec. "F." Thanking you in advance for your time. Please allow the Application to proceed in forma Pauperis be filed as leave to proceed in forma pauperis.

Sincerely,

Inmate Name: Evaristus Mackey
Register Number: 06836-034

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837



Clerk's Office
United States District Court
500 Camp St. Eastern District of Louisiana
N.O. LA 70130

Legal Mail