```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2005 NOV 29 P 4: 04

                                               LORETTA G. WHYTE
                                                     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-316 |
| Evaristus B. Mackey Jr. | SECTION "F" (2) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed. Considering the record in the case and the requirement of Title 28 U.S.C. § 2253, the court hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s):

Petitioner has not made a substantial showing of the denial of a constitutional right. Petitioner has not shown that reasonable jurists would disagree about the result reached by the Court. See Order and Reasons dated January 15, 2004 and July 22, 2005.

Date: 11.29.05

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDsp_____
___ Doc. No._____