AO 240 (Rev. 6/86) Application to Proceed

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED AUG 1 6 2005

LORETTA G. WHYTE
Clerk

# United States District Court

_Eastern_ DISTRICT OF _Louisiana_

Evaristus Mackey

v.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER:

I, _Evaristus Mackey_, declare that I am the (check appropriate box)

☐ petitioner/plaintiff       ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☐    No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐    No ☑
   b. Rent payments, interest or dividends?    Yes ☐    No ☑
   c. Pensions, annuities or life insurance payments?    Yes ☐    No ☑
   d. Gifts or inheritances?    Yes ☐    No ☑
   e. Any other sources?    Yes ☐    No ☑

Date: 08/03/2005
Time: 8:29:40 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: LEW

**Start Date:** 10/01/2004
**End Date:** 09/30/2005
**Inmate Reg#:** 26836034
**Account Status:** All
**Institution:** All

## General Information

| Inmate Reg#: | 26836034 | Living Quarters: | Z10-315LDS |
| Inmate Name: | MACKEY, EVARISTUS B JR | Arrived From: | OKL |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | G-SMU | Account Creation Date: | 4/18/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | Totals: | | $0.00 | $0.00 | |

Total Transactions: 0

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Inmate Name: Evaristus Mackey
Register Number: 06836-034

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

[Postmark: HARRISBURG PA 17107, PM 10 AUG 2005]

Clerk's Office
United States District Court
500 Camp St. Eastern District of Louisiana
N.O. LA 70130

Legal Mail