FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 29 P 4:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     CRIMINAL ACTION

VERSUS     NUMBER: 00-316

EVARISTUS B. MACKEY, JR.     SECTION: F

**ORDER**

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☑ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _The Court finds that this appeal is not taken in good faith. On January 15, 2004, the Court found that petitioner's claims were meritless._

New Orleans, Louisiana, this 29th day of November, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____