August 30, 2005

Evaristus Mackey
26836-034
USP
P.O. Box 1000
Lewisburg PA 17837

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED NOV 1 2005
LORETTA G. WHYTE
Clerk

Clerk of Court
Eastern District of Louisiana

Re: Notice of Address Change Case No. 00-316 F(1)

Dear Sir / Madam,

    The caption above is notice that my new mailing address in this matter is the address above. Please forward all proceedings involved to that address. Also, enclosed is a copy of the order form for transcript being returned.
    Thanking you in advance for your time.

Sincerely,

E____

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc. No_____