```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC 1 4 2005

Loretta G. Whyte
LORETTA G. WHYTE
CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

500 Poydras St., Room C-151
New Orleans, LA 70130

December 14, 2005

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit                    APPEAL NO. 05-30926
Room 109, 600 Camp Street
New Orleans, LA 70130

IN RE: USA v Evaristus B. Mackey, Jr.          CR 00-316  F

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ Has  ___ HAS NOT been paid.

___ 4) This case is proceeding in forma pauperis

___ 5) Order Appointing Counsel   ___ CJA-20    ___ FPD

___ 6) District Judge Entering the final judgment is_____

___ 7) Court Reporter assigned to the case _____

___ 8) If criminal case, number and names of other defendants on appeal ___

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

_x_ 1) **Electronic Copy** of Record on appeal consisting of:

   ___ Volume(s) of record    ___ Volume(s) of copy transcript

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ Box ___ Envelope

___ 2) Supplemental record consisting of_____

___ 3) SEALED DOCUMENT _____

___ 4) Other:_____

Very truly yours,

By   Alicia Phelps
     Deputy Clerk

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____