UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO. 00-316 |
| EVARISTUS MACKEY | SECTION "F" |

### ORDER

Evaristus Mackey has filed a Motion for Resentencing Pursuant to 18 U.S.C. 3582(c)(2). In order for the Court to determine the action, if any, that shall be taken on this application,

IT IS ORDERED: that the Clerk of Court serve a copy of the application and this Order on the United States Attorney for the Eastern District of Louisiana.

IT IS FURTHER ORDERED: that the United States Attorney for the Eastern District of Louisiana file with this Court, on or before April 11, 2006, an answer containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies.

New Orleans, Louisiana, March 8, 2006.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE