U. S. DISTRICT COURT
Eastern District of Louisiana
FILED MAR 3 1 2006
LORETTA G. WHYTE
Clerk

United States District Court
Eastern District Of Louisiana

| | |
|---|---|
| United States Of America | Criminal No. 00-316 |
| v. | Section "F" (2) |
| Evaristus Mackey | |

Reply To Governments Response To Defendants Motion For Resentencing Pursuant To Title 18 United States Code, Section 3582 (c) (2)

Comes Now Into Court, Evaristus Mackey, in proper person, proceeding pro-se, to present to this honorable court the following:

The governments response dated March 30, 2006 does not supersed the Supreme Court ruling in Stinso v. U.S, 508 U.S. 36. It was clearly held that Amendment 433 is binding on federal courts, and clearifies that 922(g) is not a crime of violence and the Armed Career Criminal Act will not apply if an [Indictment] failed to charge any other conduct is the essence of the instant case and if any other sentence is selected, its selected from the wrong sentencing guideline range and must

___ Fee_____
___ Process____
 X  Dktd_____
 X  CtRmDep__
___ Doc. No.___

be set aside under 3742(e)(1). This ruling was applied retroactively and the issue was preserved at sentencing, nor does defendant qualify as a ACCA criminal in accordance with Congressional Intent, along with the "fact" that the State establish State Jurisdiction over State Priors when the detainer for Parole was lodged because parole is an element of the offense which must be respected. The federal government never had nor can they establish jurisdiction over the State Priors. The argument by the government in *Stinson* agree that 3582(c)(2) is the proper avenue for the defendant to take and that Amendment 433 is binding on the federal court and for the following reasons this honorable court has jurisdiction and authority to grant defendant(s) motion for resentencing pursuant to 18 U.S.C. 3582(c)(2).

Wherefore: Defendant prays this honorable court grant his 3582 motion for resentencing in accordance with the Supreme Court ruling in *Stinson* and *Williams*.

Sincerely,
E——