Evaristus B. Mackey
26836-034
P.O. Box 1000
Marion, IL 62959

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  JUN 2 8 2006

LORETTA G. WHYTE
Clerk

cr. 00-316 F(6)

Notice of Address Change

Clerk of Court:

Please file this letter, in case number  cr. 00-316  as notice of address change. Please forward all future correspondence to new address listed below.

Thank you in advance for your assistance.

OLD Address:   Evaristus Mackey
26836-034
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

NEW Address:   Evaristus Mackey
26836-034
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

Sincerely,

Evaristus Mackey

___Fee_____
___Process____
_X_Dktd_____
_X_CtRmDep___
___Doc. No.____

Evaristus Hackey
26836-034
P.O. Box 1000
Marion, IL 62959

FAYETTEVILLE NC 283
22 JUN 2006 PM 4 L

U.S. District Court
Eastern District of Louisiana
New Orleans, LA 70130

70130/9999