

```
                IN THE UNITED STATES COURT OF APPEALS
                        FOR THE FIFTH CIRCUIT
```

U. S. COURT OF APPEALS
**FILED**
AUG 2 5 2006
CHARLES R. FULBRUGE III
CLERK

No. 05-30926
USDC No. 2:00-CR-316-1

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

versus

EVARISTUS B. MACKEY, JR.,

                Defendant-Appellant.

--------------------

Appeal from the United States District Court
for the Eastern District of Louisiana

--------------------

O R D E R:

    Evaristus B. Mackey, Jr., federal prisoner # 26836-034, seeks a certificate of appealability (COA) to appeal the dismissal of his FED. R. CIV. P. 60(b) motion, wherein he sought relief from his 2001 conviction on three counts of being a felon in possession of a firearm. He also moves for leave to proceed in forma pauperis (IFP). The district court dismissed Mackey's motion as an unauthorized successive 28 U.S.C. § 2255 motion.

    A COA may be issued only if Mackey has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336 (2003). When the district court has denied relief on procedural grounds,

    ___ Fee_____
    ___ Process_____
    _X_ Dktd_____
    ___ CtRmDep_____
    ___ Doc. No._____

O R D E R
No. 05-30926
-2-

a movant must show that "jurists of reason would find it debatable whether the [motion] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Mackey argues that his motion should not have been construed as a successive § 2255 motion because he was challenging the integrity of the district court sentencing proceeding. Mackey has not made the required showing for a COA. See id. Accordingly, the request for a COA is denied. The motion for IFP is also denied.

COA DENIED; IFP DENIED.

_____
W. EUGENE DAVIS
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
       Deputy
New Orleans, Louisiana  AUG 25 2006