U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 29 2006

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 25, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 05-30926 USA v. Mackey
    USDC No. 2:00-CR-316-1

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 7 ) Volumes     ( 1 ) Envelope     ( 1 ) Sealed Envelope

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
    Nancy Dolly, Deputy Clerk
    504-310-7683

cc: w/encl:
    Mr Evaristus B Mackey Jr
    Mr Duane Evans
    Mr William P Gibbens

MDT-1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____