Evaristus Mackey
26836-034
P.O. Box 2000
USP - Hazelton
Bruceton Mills, W. VA. 26525

CR 00-316 F

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED SEP 1 1 2006
LORETTA G. WHYTE
Clerk

Clerk of Court

Re: Filing of Address Change

Date: 8-31-06

Dear Sir / Madam,

This letter is informing that in case no. 00-316 the new mailing address is above. Forward all future proceedings. Thanking you in advance for your time.

Sincerely,

NAME: Evaristus Mackey
REG. NO. 26836-034
UNITED STATES PENITENTIARY-HAZELTON
BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

CLARKSBURG WV 263
06 SEP 2006 PM 3 T

U.S. District Court
Eastern District of Louisiana
N.O., LA 70130

70130/5333

Legal Mail