Evaristus Mackey
Secured Party-Authorized Representive-Attorney-in-Fact
c/o 450 Sky View Drive
Bruceton Mills, West Virginia near [26525]

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED SEP 2 5 2006

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DRISTRICT COURT OF LOUISIANA

UNITED STATES OF AMERICA )
    Plaintiff, )
) Case No. 00-316 F
v. )
) Bond
)
EVARISTUS MACKEY )
    Defendant. )

    There appearing no bond on record for initiating the matter regarding Case No. 00-316 and Warrant No. _____ and associated account(s), this authorized representative and attorney in fact operating as Evaristus Mackey©® TM 050767, the living principal, herhinafter "Authorized Representive," does accept the UNITED STATES offer of communications and herein accepts and returns said offer as follows:

    In consideration thereof that no lawful money of account exists in circulation, and inconsideration thereof that Authorized Representative has suffered dishonor regarding the matter of Case#00-316 and Warrant# _____ and associated account(s) Authorized Representative underwrites with this living principal's private exemption, No. 434154381, all sums certain any and all obligations of performance/loss/cost sustained by the UNITED STATES/STATE OF LOUISIANA and the respectful citizens thereof regarding said matter.

Endorsement: _____ Date: 9-15-06 2006 a.d.
living principal autograph above is Evaristus Mackey®TM)050767
authorized representative

State of Louisiana )
                    ) ss    ACKNOWLEDGEMENT
County of Orleans )

Subscribed and sworn to before this agent, Diego M. Moreno, a notary public in and for the County of Preston State of West, Virginia, on this 15th Day of Sep., 2006 by Evaristus Mackey ®TM 050767, who proved to this agent on the basis of satisfactory

___ Fee _____
___ Process _____
X Dktd _____
X CtRmDep _____
___ Doc. No. _____

evidence that Evaristus Mackey(c)®TM050767 executes the written document, swears, states, and declares that Evaristus Mackey (c)®TM050767 autographs said within document in capacity of being the living principal, attorney in fact, and authorized representative for the registered trade-names.trademarks, EVARISTUS MACKEY, EVARISTUS as on Presentment, MACKEY, EVARISTUS BENNIE,and any and all orthographic variations thereof.

Witness my hand and offical seal. ______________________

Signature of Notary

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DIEGO M. MORENO
United States Penitentiary Hazelton
P. O. Box 450
Bruceton Mills, West Virginia 26525
My Commission Expires Dec. 30, 2015

My commission expries ______________________ BOND

This is a permanent legal document and remains the property of the authorized representative and cannot be reproduced without the prior express written permission of the authorized representative.