Evaristus Mackey  
26836-034  
U.S. Penitentiary - Hazelton  
P.O. Box 2000  
Bruceton Mills, WV 26525

00-316 F

Clerk of Court  
Eastern District of Louisiana

Date: September 19, 2006

Re: Filing of Bond & forwarding a stamped filed copy.

Dear Sir/Madam,

Please file both Bonds enclosed but, return a stamped filed copy in the self addressed stamped envelope at your earliest possible convient time. Thanking you in advance for your time.

Sincerely,

[signature]

NAME: Ernestus Mackey
REG. NO. 26836-034
UNITED STATES PENITENTIARY-HAZELTON
BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

CLARKSBURG WV 263
20 SEP 2006 PM 2 L

U.S. District Court
Eastern District of Louisiana
N.O. LA 70130

70130/9533

Legal Mail