United States District Court
Eastern District of Louisiana

FILED APR 16 2007
LORETTA G. WHYTE
Clerk
U.S. DISTRICT COURT
Eastern District of Louisiana

United States Of America      Criminal Action

Versus      No. 00-316

Evaristus Mackey      Section "F"

### Notice Of Appeal To The Fifth Circuit Court Of Appeals From The Judgment/Order Of The District Court

Notice is hereby given that Evaristus Mackey appeals the Order of April 2, 2007 denying the motion for resentencing and the motion to dismiss the indictment. According to Rule 4(b) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court within 10 days.

Wherefore: Notice of appeal is timely filed to appeal the Order to the Fifth Circuit Court of appeals. Respectfully submitted this 10th day of April, 2007.

Sincerely,

TENDERED FOR FILING
APR 16 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
___ Doc. No.



INMATE NAME: Eureistus Mackey
REGISTER NO. 26836-034
UNITED STATES PENITENTIARY - HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

CLARKSBURG WV 263
10 APR 2007 PM 3 T

2007 APR 10 AM 7:07

U.S. District Court
Eastern District of Louisiana
N.O. La. 70130

70130/3933

Legal Mail