U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   MAY - 4 2007

LORETTA G. WHYTE
Clerk

Evaristus Mackey
P.O. Box 2000
Bruceton Mills, W. Va. 26525

Clerk of Court - 00-316 D

Re: No Transcript For Appeal

Dear Sir/Madam,

There are no transcript(s) involved in the appeal of the 3582(c)(2) motion & Rule 12(b)(2) motion. Thanking you for your time in this matter.

Sincerely,
E—
Without Prejudice

TENDERED FOR FILING
MAY - 4 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee_____
Process_____
X Dkid_____
X CtRmDep_____
Doc. No._____

Evaristus Mackey
P.O. Box 1000
Bruceton Mills, W. Va. 26525

Clerk Of Court — 00-316

Re: Assignment Of Partial Interest

Date: 4-29-07

Dear Sir/Madam,

Please forward an Assignment Of Partial Interest in the above case no. 00-316 at your earliest possible convient time in this matter.

Sincerely,

Without Prejudice

<u>Notice Of Total Claim Due</u>

Case No: 00-316

Date: 4-29-07

Re: Written Statement Of Total Amount Due

Dear Sir/Madam,

Notice is hereby given for a written statement to be forwarded at the earliest possible convient time in case no. 00-316. The Security Agreement forwarded previously was filed 4-17-07 & establishes the Secured Party interest in the above captioned matter. Please respond in a prompt, professional manner. Thanking you in advance for your time.

Sincerely,

[signature]

Without Prejudice

INMATE NAME: Evaristus Mackey
REGISTER NO. 26836-034
UNITED STATES PENTENTIARY - HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

CLARKSBURG WV 263

30 APR 2007 PM 3 T

APR 2

U.S. District Court
Eastern District of La.
N.O., La. 70130

70130/$$$$

Legal Mail