Evaristus Mackey
P.O. Box 2000
Bruceton Mills, W. Va. 26525

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED   JUN - 4 2007

LORETTA G. WHYTE
Clerk

Clerk of Court

00-316 F(2)

Date: 5-28-07

Re: Extention of Time / Order exempting
paying appeal fee

Dear Sir / Madam,

The Order dated April 2, 2007 in case No. 00-316 denying a Motion to be resentenced pursuant to 3582(c)(2) & a Rule 12(b)(2) motion was given docket no. 07-30372 in the Fifth Circuit. The In Forma Pauperis form was forwarded the Administration Business office, but has yet to be returned. Please, grant an extention of time to file the In Forma Pauperis form, or in the alternative, grant the exemption of paying the filing fee for appeal. Thanking you in advance for your time in this matter.

Sincerely,
E____
Without Prejudice

TENDERED FOR FILING
JUN 0 4 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee ____
Process ____
X Dktd ____
X CtRmDep ____
Doc No. ____



CLARKSBURG WV 263

30 MAY 2007 PM 3 L

INMATE NAME: *Evaristus Mackey*
REGISTER NO. *26836-034*
UNITED STATES PENITENTIARY - HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

U.S. District Court
Eastern District of Louisiana
N.O., La. 70130

Legal Mail