UNITED STATES DISTRICT COURT
U. S. DISTRICT COURT
Eastern District of Louisiana

U.S. of America
Plaintiff/Petitioner,

v.

Evaristus Mackey
Defendant/Respondent.

FILED JUN -7 2007

LORETTA G. WHYTE
Clerk

AFFIDAVIT IN SUPPORT OF
REQUEST TO PROCEED
IN FORMA PAUPERIS; AUTHORIZED
WITHDRAWAL FORM; CERTIFIED
AFFIDAVIT OF INMATE ACCOUNT
STATUS.

CR. 00-316 F(2)

## AFFIDAVIT AND AUTHORIZATION
## FOR WITHDRAWAL FROM INMATE ACCOUNT

I, Evaristus Mackey, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed? Yes ( )  No (✓)
   a. If employed, state the amount of your salary or wages per month and give the address of your employer. _____

   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received. _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?   Yes ( )  No (✓)
   b. Rent payments, interest or dividends?       Yes ( )  No (✓)
   c. Pensions, annuities or life insurance?      Yes ( )  No (✓)
   d. Gifts or inheritances?                      Yes ( )  No (✓)
   e. Any other source?                           Yes ( )  No (✓)

   If you answered yes to any of the above, describe each source and state the amount received from each. _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes ( )  No (✓) If the answer is yes, state the total value of items owned.

TENDERED FOR FILING

JUN - 7 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
___ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
    Yes ( )   No (✓)   If the answer is yes, describe the property and state its approximate value.
    _____
    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.
    _____N/A_____
    _____
    _____

## AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this __1__ day of __June__ __2007__.

_____
Signature of Plaintiff/Petitioner

**PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.**

## CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $10.22 in his/her inmate account at the __USP Hazelton__ Institution. Plaintiff has an average monthly balance for the preceding six months of $58.91, and the average monthly deposits to said account for the preceding six months are $30.35. I further certify that plaintiff has the following assets to his/her credit according to the records of this institution: _____

6-1-07                                                    A. Crafer
Date                                                      Authorized Officer of Institution

2