## Inmate Inquiry

 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 26836034 | Current Institution: | Hazelton USP |
| Inmate Name: | MACKEY, EVARISTUS | Housing Unit: | HAZ-B-A |
| Report Date: | 06/01/2007 | Living Quarters: | B02-220L |
| Report Time: | 8:19:07 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6204 |
| PAC #: | 483792245 |
| FRP Participation Status: | Completed |
| Arrived From: | MAR |
| Transferred To: | |
| Account Creation Date: | 4/18/2002 |
| Local Account Activation Date: | 8/16/2006 4:33:26 AM |
| Sort Codes: | |
| Last Account Update: | 5/19/2007 12:11:38 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $10.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $10.00 |
| National 6 Months Deposits: | $30.35 |
| National 6 Months Withdrawals: | $25.60 |
| National 6 Months Avg Daily Balance: | $8.01 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $10.00 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $20.07
Last Sales Date: 3/14/2007 8:08:15 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $25.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $25.00
Restriction Start Date: 3/22/2007
Restriction End Date: 9/11/2007

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|
| HEALTH/HYGIENE | Permitted List | 3/22/2007 | 9/11/2007 | HAZ2153 | Yes |
| LAUNDRY | Permitted List | 3/22/2007 | 9/11/2007 | HAZ2153 | Yes |
| LEGAL CARDS | Permitted List | 3/22/2007 | 9/11/2007 | HAZ2153 | Yes |

## Comments

Comments:
DHO 180 DAYS EXP 9/11/07

Evaristus Mackey
P.O. Box 2000
Bruceton Mills, W. Va. 26525

Clerk of Court

Date: 5-31-07

Re: Filing enclosed Forma Pauperis for appealing April-2007 denial of the Motion For Resentencing Pursuant To 3582 (c)(2) & Rule 12(b)(2)

Dear Sir/Madam,

Please file the enclosed Forma Pauperis to proceeding in appeal No. 07-30372 in the Fifth Circuit Court of Appeals. Thanking you in advance for your time in this matter.

Sincerely,
E.M.
Without Prejudice

Legal Mail

INMATE NAME: Ernestus Mackey
REGISTER NO. 26836-034
UNITED STATES PENITENTIARY - HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

U.S. District Court
Eastern District of La.
N.O., La. 70130

