UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 00-316 |
| EVARISTUS MACKEY | SECTION F(2) |

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☒ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _The Court finds that the appeal is not taken in good faith. See Order and Reasons dated 4/2/07 denying Mackey's motions._

New Orleans, Louisiana, this 25th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE