7006 2760 0004 6934 8301

Evaristus Mackey
P.O. Box 2000
Bruceton Mills, W. Va. 26525

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   JUN 21 2007

LORETTA G. WHYTE
Clerk

Demandant,
Evaristus Mackey

UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT
"EASTERN DISTRICT OF LOUISIANA"

• WITHOUT RECOURSE • GRANTING NO • VENUE • AND NO • JURISDICTION • TO ANY OTHER THAN YHWH Preserving only confidence with the CREATOR and Law given hereby ONLY NAMING YOUR COURT

Evaristus Mackey
Demandant,

vs.

"UNITED STATES" OF AMERICA
Respondent.

: IN RELATION TO:
: cr.
: Case No.: 00-316  F(2)
:
: • Ex Parte Demand for the Order of the Court be
: • immediately released to Me, along with charging
: • documents within the seventy-two (72) hour time
: • limitation provided in Regulation Z, Truth-in-Lend-
: • ings, 15 USCS Sec. 226. T et seq. for Retail Agreement
: • Immediate Release From Prison. FRCP Rule 5c

BEFORE YOUR HONORABLE COURT:

NUNC VENIT ET DICIT the Demandant Evaristus Mackey in reference to the above captioned and enumerated cause, making presentment not generally, nor voluntary, brings forth the instant demand for the Order of the Court and Immediate Release (A l'impossible nul n'est tenu).

In the nature of your FRCP Rule 52, Demandant compels your court to bring forth written Findings of Fact and Conclusions of Law, Francis v. Goodman, 81 F. 3d 5, 8 (1st Cir. 1996).

TENDERED FOR FILING

JUN 21 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

1.

7006 2760 0004 6934 8301

1.) The judgment and committment order has been Accepted For Value and returned.

2.) The Statement of Assignment of Account assigned an interest for $300.00 in case no. 00-316 in the UCC Contract Treasury Account as tender of payment thereof on May 31, 2007.

3.) The Security Agreement file no. 36895514 has an Identity Clause that states a Superior Claim to Title and as Holder-In-Due-Course makes any other claim inferior.

4.) The Demand for the Order of this Court in case no. 00-316 and demandant immediate Release from prison must be granted.

### Verification By Asseveration

In witness, whereof, knowing the law of bearing false witness before God and Men, I solemnly aver, Ex Parte Demand for the Order of this Court and Immediate Release from prison, Findings of Fact and Conclusions of law in nature of your FRCP Rule 52 which is presented to the Respondent and your court in good faith and is not interposed for the purpose of delay or any other purpose then that which the Private Man has herein stated and declared. "Without the United States" per your title 28, USC and 1746(1).

Sealed and attested by my own hand on the 12th day of June, in the year of two thousand and seven year of the independence of America. I have the Honor of being Private Man on the Land, Evaristus Mackey.

Per curiam:

_____ sui juris
Sign Manual

2.