Case 2:00-cr-00316-MLCF   Document 129   Filed 02/22/2008   Page 1 of 2

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   FEB 2 2 2008

LORETTA G. WHYTE
Clerk W

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| United States of America<br>    Plaintiff, | ) <br> ) | Criminal Docket |
| v. | ) <br> ) | No. 00-316 |
| Evaristus Mackey<br>    Defendant. | ) <br> ) | Section "F" |

## NOTICE OF APPEAL TO THE
## FIFTH CIRCUIT COURT OF APPEAL
## FROM THE JUDGMENT OF THE DISTRICT COURT

Notice is hereby given that Evaristus Mackey, defendant herein, hereby appeals to the United States Court of Appeal, the judgment entered September 5, 2001 accepting the PSI that more than one prior existed and rejecting the Objections that only one prior exist. See attached exhibits. This is an appeal from the United States District Court; Honorable Martin L.C. Feldman in accordance with 3742 (a) (1), (2), (3) and (f) (1).

**Wherefore:** this Notice of Appeal hereby notices the court of Mr. Mackey's desire to appeal said judgment to the Fifth Circuit Court of Appeals.

      Respectfully submitted this 14th day of Feburary, 2008.

Sincerly,

Evaristus Mackey

TENDERED FOR FILING

FEB 22 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
X  Dktd ___
X  CtRmDep ___
___ Doc No. ___

Evaristus Mackey
26836-034
United States Penitentiary
P.O. Box 5500
Adelanto, Ca. 92301

FEB 16 2008

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which facility has jurisdiction, you may wish to return the material for further information and clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

Legal Mail

7013073393

U.S. District Court
Eastern District Of Louisiana
New Orleans, La. 70130