# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

March 31, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO __08-30214__

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 31 2008
LORETTA G. WHYTE
CLERK*

Re: __USA  V  EVARISTUS B MACKEY JR__
    __CR 00-316 F__

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid

___ 4) This case is proceeding *in forma pauperis*

___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

___ 6) District Judge Entering the final judgment is_____

___ 7) Court Reporter assigned to the case _____

___ 8) If criminal case, number and names of other defendants on appeal

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Electronic Copy of Record on appeal:

    ___ Volume(s) of record     ___ Volume(s) of transcripts

    ___ Volume(s) of depositions

    ___ Container(s) of exhibits ___accordion folder ___Box

__x__ 2) **Certified** Supplemental record consisting of __doc#'s 120-130__

___ 3) SEALED DOCUMENT _____

___ 4) Other _____

Very truly yours,

By___Alicia Phelps___
Deputy Clerk

___ Fee _____
_X_ Process _____
___ Dktd _____
___ CtRmDep _____
___ Doc. No. _____