United States Court of Appeals
Fifth Circuit

**FILED**
April 21, 2008

Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAY 1 3 2008
LORETTA G. WHYTE
CLERK

No. 07-30372
Summary Calendar

D.C. Docket No. 2:00-CR-316-ALL  F

UNITED STATES OF AMERICA

　　　Plaintiff - Appellee

　v.

EVARISTUS B MACKEY, JR also known as, Reese Mackey also known as, Reginald Fountain

　　　Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: MAY 1 3 2008

\_\_ Fee \_\_\_\_\_
\_\_ Process \_\_\_\_\_
X  Dktd \_\_\_\_\_
\_\_ CtRmDep \_\_\_\_\_
\_\_ Doc. No. \_\_\_\_\_

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana  MAY 1 3 2008