

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 13, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-30372 USA v. Mackey
      USDC No. 2:00-CR-316-ALL

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 7 ) Volumes    ( 2 ) Envelopes
                    (1-SEALED)

The electronic copy of the record has been recycled.

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                By: _____
                    Angelique D. Batiste, Deputy Clerk
                    504-310-7808

cc: (letter only)
    Honorable Martin LC Feldman
    Mr Evaristus B Mackey Jr
    Mr Duane Evans

P.S. to Judge Feldman:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1

    __ Fee
    __ Process
    X Dktd
    __ CtRmDep
    __ Doc. No.