COURT RECORD LOAN FORM
(Please Print)
U.S. District Court

No. 00-316F  Short Title USA vs Mackey Jr  Date 5-14-08

To: Duane Evans (USA)
Name

USAO
Address

500 Poydras St, Room 210

New Orleans La 70130
City, State, Zip

Documents Enclosed:
☑ Record Vols: 8
☑ Exhibits ☐ Env. 1 accordion
☐ Box: ____ ☐ folder
☑ Supp. Record Vols. 1
☐ Second Supp. Record Vols. ____
☐ Third Supp. Record Vols. ____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

**Attorney Return**  SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED MAY 16 2008 LORETTA G. WHYTE CLERK]

To: Clerk, 5th Circuit

☐ Record Vols ____
☐ Supp. Record Vols ____
☐ Exhibits ☐ ____

Records above listed are returned to Clerk
Attorney Name: ____
Date: ____

---

**Clerk's Receipt** To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.  ✂ Cut Here

No. ____ Short Title ____

District ____

☐ Record Vols ____
☐ Supp. Record Vols ____
☐ Exhibits ☐ ____

Records in above case have been received by Clerk
Name: ____
Date: ____

✂ Cut Here

**Attorney Forwarding Receipt**  If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.

No. ____ Short Title ____

To: Clerk, U.S. District Court

District ____

☐ Record Vols ____
☐ Supp. Record Vols ____
☐ Exhibits ☐ ____

Records in above case forwarded to:
Attorney Name ____
Address ____
City, State, Zip ____
Signed ____ Date ____

✂ Cut Here

**Attorney Receipt**  The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____

No. ____ Short Title ____

To: Clerk, U.S. District Court

District ____

☐ Record Vols ____
☐ Supp. Record Vols ____
☐ Exhibits ☐ ____

Records in above case listed received
Judge/Attorney Name ____