A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By *[signature]*
Deputy
New Orleans, Louisiana
AUG 0 4 2008

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   AUG -6 2008
LORETTA G. WHYTE
CLERK

FILED
AUG 1 - 2008
CHARLES R. FULBRUGE III
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-30214

CR 00-316-F

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

EVARISTUS B MACKEY, JR also known as, Reese Mackey also known as, Reginald Fountain

Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's motion to dismiss appeal as untimely, frivolous and for lack of jurisdiction is *Granted*.

IT IS FURTHER ORDERED that appellee's request that Mackey be warned that further unauthorized, repetitive, and frivolous motions filed in attempt to circumvent sections 2255 and 2244 requirements may result in sanctions is *Granted*.

IT IS FURTHER ORDERED that appellee's alternative request to extend time to file appellee's brief for an additional ten (10) days from the date of this Court's denial is *Dismissed as moot*.

```
__ Fee_____
__ Process___
X  Dktd_____
__ CtRmDep__
__ Doc. No.__
```