

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 1, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 08-30214 USA v. Mackey
    USDC No. 2:00-CR-316-1

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 7 ) Volumes   ( 1 ) Envelope   ( 1 ) PSI Envelope

The electronic copy of the record has been recycled.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By: _____
             Cindy Broadhead, Deputy Clerk
             504-310-7707

cc: w/encl:
    Mr Evaristus B Mackey Jr
    Mr Duane Evans

MDT-1

__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____